UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22294-CIV-WILLIAMS/SIMONTON

JANE DOE,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.

_____/

## MEDIATION REPORT AND NOTICE OF SETTLEMENT

Ellen Leesfield, the mediator in this case, hereby submits the following Mediation Report:

On December 1, 2015 counsel and the parties in the above-referenced case convened at 201 Alhambra Circle, Suite 1205, Coral Gables, FL. 33134 for a mediation conference in this case.

1. All parties were present for the mediation.
2. The parties reached a settlement, and the mediation was concluded.

I HEREBY CERTIFY that a true copy of the foregoing was transmitted electronically on December 1, 2015 to jaronson@aronsonlawfirm.com; cmase@maselara.com; CDimitriou@maselara.com; and to raul@delaheria.com.

                          Respectfully submitted,

                          */s/ Ellen Leesfield*

                          _____
                          Ellen Leesfield, Mediator
                          201 Alhambra Circle, Suite 1205
                          Coral Gables, FL 33134
                          Email: eleesfield@benchmarkadr.com