UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-22294-CIV-WILLIAMS

JANE DOE,

    Plaintiff,

vs.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation of dismissal. (DE 42). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees. All pending motions are **DENIED AS MOOT**. All hearings and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of December, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE